**TUCKER ELLIS LLP**
MONEE TAKLA HANNA SBN 259468
monee.hanna@tuckerellis.com
515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile:  213.430.3409

**TUCKER ELLIS LLP**
DUSTIN B. RAWLIN (*pro hac vice application forthcoming*)
dustin.rawlin@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile:  216.592.5009

Attorneys for Defendant
MENTOR WORLDWIDE LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRITTANY BILLETTS, an individual; VIVIAN AGUIAR, an individual; ANN DELMONICO, an individual; CORNELIA DITTO, an individual; LEAH JOHNSON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY LLC; and DOES 1–100, inclusive,<br><br>Defendants. | Case No.  5:19-cv-1026<br><br>**DECLARATION OF DUSTIN RAWLIN IN SUPPORT OF DEFENDANT MENTOR WORLDWIDE LLC'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441, 1446 (DIVERSITY JURISDICTION)**<br><br>Complaint Filed: February 22, 2019<br><br>**Related to Case No. 2:19-CV-01484 (*Jacob, et al. v. Mentor Worldwide, LLC, et al.*)**<br><br>[*Filed Concurrently with Notice of Removal; Declaration of Monee Takla Hanna; Notice of Related Case*] |

1
DECLARATION OF DUSTIN RAWLIN

I, Dustin Rawlin, declare as follows:

1. I am an attorney at Tucker Ellis LLP, attorneys of record for Defendant Mentor Worldwide LLC ("Mentor"). The facts stated hereunder are true, known to me of my own personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. I, along with Monee Takla Hanna, appeared on behalf of Mentor during the May 9, 2019 deposition of NuSil LLC member, Edward Scott Mraz.

3. Amanda McGee of the law firm Lenze Lawyers, PLC and Lowell W. Finson of the Finson Law Firm, LLC appeared for Plaintiffs.

4. Melissa J. Fassett appeared for Defendants NuSil LLC and NuSil Technology LLC.

5. During a break, toward the end of Mr. Mraz's deposition, Mr. Finson told defense counsel that he thought that they [plaintiffs] were going to need to dismiss NuSil LLC because it appeared it was not a proper party based on Mr. Mraz's testimony.

6. Mr. Finson also went on to say that, if removal was the consequence of dismissing NuSil LLC, then so be it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed by me on this 5th day of June, 2019 at Cleveland, Ohio.

/s/ *Dustin Rawlin*
Dustin Rawlin

2
DECLARATION OF DUSTIN RAWLIN