**TUCKER ELLIS LLP**
MONEE TAKLA HANNA SBN 259468
monee.hanna@tuckerellis.com
515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile:  213.430.3409

**TUCKER ELLIS LLP**
DUSTIN B. RAWLIN (*pro hac vice application forthcoming*)
dustin.rawlin@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile:  216.592.5009

Attorneys for Defendant
MENTOR WORLDWIDE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY BILLETTS, an individual; VIVIAN AGUIAR, an individual; ANN DELMONICO, an individual; CORNELIA DITTO, an individual; LEAH JOHNSON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY LLC; and DOES 1–100, inclusive,<br><br>Defendants. | Case No. 5:19-cv-1026<br><br>**DEFENDANT MENTOR WORLDWIDE LLC'S NOTICE OF RELATED CASE**<br><br>Complaint Filed: February 22, 2019<br><br>[*Filed Concurrently with Notice of Removal; Declaration of Monee Takla Hanna; Declaration of Dustin Rawlin*] |

**TO THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT,** pursuant to Local Rule 83-1.3, the above-captioned matter (*Brittany Billetts, et al. v. Mentor Worldwide, LLC, et al.*), which was removed to the Central District of California on June 5, 2019, is related to another case

1
NOTICE OF RELATED CASE

currently pending in the Central District of California: *Tammi Jacob, et al. v. Mentor Worldwide, LLC, et al.*, Case No. 2:19-cv-01484. *Jacob* was removed on February 28, 2019 and is currently pending before Judge Phillip S. Gutierrez.

Local Rule 83-1.3.1 defines "related actions" as cases which:

(1) "arises from the same or a closely related transaction, happening, or event";

(2) "call for the determination of the same or substantially related or similar questions of law and"; or

(3) "would entail substantial duplication of labor if heard by different judges."

*Billetts* and *Jacob* are related as they are both product liability actions involving Mentor's MemoryGel silicone gel breast implants. In addition, the complaints in both cases are virtually identical and were filed by the same Plaintiffs' firms. Further, both cases involve the same defendants and are based on the same claims.

Because these cases are, for the purposes of Local Rule 83-1.3, related, and given that *Jacob* is the lower-numbered case, Mentor notifies the court that *Billetts* should be reassigned to Judge Gutierrez per the instructions set forth in Rule 83-1.3 so as to promote judicial economy and efficiency.

DATED: June 5, 2019               TUCKER ELLIS LLP


By: /s/ *Monee Takla Hanna*
MONEE TAKLA HANNA
Attorneys for Defendant MENTOR WORLDWIDE LLC