**TUCKER ELLIS LLP**
MONEE TAKLA HANNA SBN 259468
monee.hanna@tuckerellis.com
515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409

**TUCKER ELLIS LLP**
DUSTIN B. RAWLIN (*pro hac vice application forthcoming*)
dustin.rawlin@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009

Attorneys for Defendant
MENTOR WORLDWIDE LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRITTANY BILLETTS, an individual; VIVIAN AGUIAR, an individual; ANN DELMONICO, an individual; CORNELIA DITTO, an individual; LEAH JOHNSON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY LLC; and DOES 1–100, inclusive,<br><br>Defendants. | Case No. 5:19-cv-1026<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed: February 22, 2019<br><br>**Related to Case No. 2:19-CV-01484 (*Jacob, et al. v. Mentor Worldwide, LLC, et al.*)** |

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On June 5, 2019, I served the following:

1. **DEFENDANT MENTOR WORLDWIDE LLC'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441, 1446 (DIVERSITY JURISDICTION);**

2. **DECLARATION OF MONEE TAKLA HANNA IN SUPPORT OF DEFENDANT MENTOR WORLDWIDE LLC'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441, 1446 (DIVERSITY JURISDICTION);**

3. **DECLARATION OF DUSTIN RAWLIN IN SUPPORT OF DEFENDANT MENTOR WORLDWIDE LLC'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441, 1446 (DIVERSITY JURISDICTION);**

4. **CIVIL COVER SHEET;**

5. **NOTICE OF INTERESTED PARTIES; and**

6. **NOTICE OF RELATED CASE**

on the interested parties in this action by:

(X) **ELECTRONICALLY VIA ECF:** the above-entitled document to be served electronically through the United States District Court, Central District ECF website, addressed to all parties appearing on the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

(X) **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| Jennifer A. Lenze, Esq.<br>Amanda D. McGee, Esq.<br>LENZE LAWYERS, PLC<br>1300 Highland Avenue, Suite 207<br>Manhattan Beach, CA 90266<br>E-Mail: jlenze@lenzelawyers.com;<br>mcgee@lenzelawyers.com | Lowell W. Finson, Esq<br>FINSON LAW FIRM<br>126 Westwind Mall<br>Marina Del Rey, CA 90292<br>E-Mail: lowellwfinson@gmail.com<br><br>*Attorneys for Plaintiffs Brittany Billetts, Vivian Aguiar, Ann Delmonico, Cornelia Ditto, and Leah Johnson* |

(X)  I declare that I am employed in the office of the Bar of this Court at whose direction the service was made.

Executed on June 5, 2019, at Los Angeles, California.

*/s/ Monee Takla Hanna*
MONEE TAKLA HANNA
*Attorneys for Defendant*
*MENTOR WORLDWIDE LLC*

2
CERTIFICATE OF SERVICE