# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brittany Billetts et al<br><br>v.<br><br>Mentor Worldwide, LLC et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:19-cv-01026 JGB(KKx)<br><br>**ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 19-03<br>(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

___06/14/2019___   _____[signature]_____
Date                             United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
Date                             United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:18-cv-06502 AB(PLAx)__ and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or
☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Kato___ to Magistrate Judge ___Abrams___.

On all documents subsequently filed in this case, please substitute the initials __AB(PLAx)__ after the case number in place of the initials of the prior judge, so that the case number will read __5:19-cv-01026 AB(PLAx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc:   ☐ *Previous Judge*   ☐ *Statistics Clerk*
CV-34 (03/19)           **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)**