

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRITTANY BILLETTS, an individual; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> MENTOR WORLDWIDE, LLC; et al., <br><br> Defendants-Appellees. | No. 19-56398 <br><br> D.C. No. 5:19-cv-01026-AB-PLA Central District of California, Riverside <br><br> ORDER |

The opposed motion (Docket Entry No. 19) of Jennifer A. Lenze to withdraw as counsel for appellants is granted. The Clerk will amend the docket to reflect that appellants are proceeding pro se.

Appellants' motion (Docket Entry No. 24) for an extension of time to file the opening brief is denied as unnecessary because the opening brief was timely submitted. The Clerk will file the opening brief submitted at Docket Entry No. 26.

The answering brief remains due August 21, 2020. The optional reply brief is due within 21 days after service of the answering brief.

The Clerk will send a copy of this order to appellants at the following addresses:

Brittany Billetts
1847 North Calaveras Ave.
Ontario, CA 91764

SSR/Pro Mo

Vivian Aguiar
12825 SW 6th St.
Miami, FL 33184

Cornelia Ditto
650 MacDuff Lane
Winter Springs, FL 32708

Leah Johnson
PO 2151
Tupelo, MS 38803

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7